IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
BETTY SMITH,                          )
                                      )
      Plaintiff,                      )
                                      )
v.                                    )   CASE NO. CV421-012
                                      )
APPLEPEEL ENTERPRISES, INC. and       )
KEN CORONA,                           )
                                      )
      Defendants.                     )
_____)
```

## O R D E R

Before the Court is Defendant Applepeel Enterprises, Inc.'s Rescission of Removal and Motion to Remand to State Court. (Doc. 6.) Plaintiff Betty Smith filed this action in the State Court of Chatham County, Georgia, on October 22, 2020. (Doc. 1, Attach. 2 at 6.) On January 19, 2021, Defendant Applepeel removed the case to this Court alleging that the Court had diversity jurisdiction pursuant to 28 U.S.C. § 1332. (Doc. 1 at 1.) Now, Defendant Applepeel moves the Court to remand this case to the State Court of Chatham County. (Doc. 6 at 1.) Plaintiff has not responded to Defendant Applepeel's motion.

Under Local Rule 7.5, a party opposing a motion "shall serve and file a response within fourteen (14) days of service of the motion" and "[f]ailure to respond within the applicable time period shall indicate that there is no opposition to a motion." S.D. Ga. L.R. 7.5. Plaintiff has plainly failed to timely respond to

Defendant Applepeel's motion. Accordingly, pursuant to 28 U.S.C. § 1447(c), this case is hereby **REMANDED** to the State Court of Chatham County, Georgia, for further proceedings. Following remand, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of February 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA